ORIGINAL

LODGED

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDCV09-1849 VAP (OPx)

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Petitioner, | ) |
| | ) [Proposed] |
| vs. | ) Order to Show Cause |
| | ) |
| MARIO E. MELENDEZ, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Upon the Petition and supporting Memorandum of Points and

Authorities, and the supporting Declaration in Support of

Petition to Enforce Internal Revenue Service Summons, the Court

finds that Petitioner has established its *prima facie* case for

judicial enforcement of the subject Internal Revenue Service

(IRS) summons.  See United States v. Powell, 379 U.S. 48, 57-58,

85 S. Ct. 248, 13 L.Ed.2d 112 (1964); *see also*, Crystal v. United

States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States

v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997);

Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995)

1

1  (the Government's *prima facie* case is typically made through the

2  sworn declaration of the IRS agent who issued the summons);

3  *accord*, United States v. Gilleran, 992 F2d 232, 233 (9th Cir.

4  1993).

5      Therefore, **IT IS ORDERED** that Respondent appear before this

6  District Court of the United States for the Central District of

7  California, at the following address on the specified date and

8  time, and show cause why the testimony and production of books,

9  papers, records, and other data demanded in the subject IRS

10  summons should not be compelled:

11  Date:         November 23, 2009

12  Time:        10:00 a.m.

13  Courtroom:  No. 2, Second Floor

14  Address:    ☐ United States Courthouse

15            312 N. Spring Street, Los Angeles, California, 90012

16          ☐ Roybal Federal Building and United States Courthouse

17            255 E. Temple Street, Los Angeles, California, 90012

18          ☐ Ronald Reagan Federal Building and United States

19            Courthouse

20            411 West Fourth Street, Santa Ana, California, 92701

21          ☒ Brown Federal Building and United States Courthouse

22            3470 Twelfth Street, Riverside, California, 92501

23

24      **IT IS FURTHER ORDERED** that copies of the following

25  documents be served on Respondent by personal delivery or

26  certified mail:

27    1. This Order; and

28

2. The Petition, Memorandum of Points and Authorities, and
   accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 6ᵀᴴ day of Oct , 2009.

_____
U.S. DISTRICT COURT JUDGE

3

1  Respectfully submitted,

2  THOMAS P. O'BRIEN
   United States Attorney
3  SANDRA R. BROWN
   Assistant United States Attorney
4  Chief, Tax Division

5

6  _____
   DANIEL LAYTON
7  Assistant U.S. Attorney
   Attorneys for United States of America

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              4